UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 21-CV-22359-ALTMAN/BECERRA

CHIQUITA BRANDS INTERNATIONAL,
S.A.R.L.,

    Petitioner,

v.

ZAMHERN, S.A.,

    Respondent.

_____/

**PETITIONER'S NOTICE OF HEARING**

Pursuant to Magistrate Judge Jacqueline Becerra's Discovery Procedures, Petitioner Chiquita Brands International, S.A.R.L., files the instant Notice of Hearing for Chiquita's Motion to Impose Civil Contempt Sanctions on respondent Zamhern for its violation of the Court's discovery order, which is scheduled for a hearing on February 15, 2024, at 10:00 a.m.

As required by Magistrate Judge Becerra's Discovery Procedures, the following exhibits have been attached to this notice: (1) a proposed order granting Chiquita's forthcoming *Ore Tenus* Motion to Impose Civil Contempt Sanctions, attached as Exhibit A; (2) a copy of the Court's January 10, 2024, paperless order, attached as Exhibit B; (3) the sworn declaration of attorney Andy Hernández in support of Chiquita's forthcoming *Ore Tenus* Motion to Impose Civil Contempt Sanctions and counsel's supporting time entries, both attached as Exhibit C; and (4) a list of citations, attached as Exhibit D.

| | |
|---|---|
| Dated on January 30, 2024. | **Andy Hernández**<br>Andy Hernández<br>Florida Bar No. 1018581<br>Jordi C. Martínez-Cid<br>Florida Bar No. 100566<br>Martínez-Cid Law<br>1 S.E. 3rd Avenue, Suite 2300<br>Miami, Florida 33131<br>Telephone: 305-905-8992<br>Email: jmartinez-cid@martinez-cidlaw.com<br>Email: ahernandez@martinez-cidlaw.com<br>Email: service @martinez-cidlaw.com<br><br>*Attorneys for Petitioner Chiquita Brands International, S.A.R.L.* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 30, 2024, I served the foregoing document upon Respondent Zamhern, S.A., through e-mail, U.S. Mail and International mail at the electronic and physical addresses specified in the Court's May 26, 2023, order [ECF No. 38].

**Andy Hernández**
Andy Hernández

## CERTIFICATE OF GOOD FAITH CONFERENCE

The Respondent has been served with process in the manner specified by the Court in its May 26, 2023, order [ECF No. 38]. *See* [ECF No. 41]. Respondent, however, has not issued a response to the petition [ECF No. 1] or made an appearance in these court proceedings. As such, all conferral and communication attempts with Respondent have been unavailing thus far.

January 30, 2024.

**Andy Hernández**
Andy Hernández